IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOANN B. SEMPLE, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:17-CV-1560-M (BT) |
| DESOTO POLICE DEPT., ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Set Aside Dismissal and Reopen Case, (ECF No. 13), Amended Motion to Set Aside Dismissal and Reopen Case, (ECF No. 14), and Motion for Leave to File an Amended Complaint, (ECF No. 17), are DENIED.

SO ORDERED this 4th day of June, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE